PAWEL CZERNICKI, Appellant, v MAREK LAWNICZAK, Respondent.

Submitted July 30, 2007; decided October 16, 2007

Reported below, 41 AD3d 418, 419.

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the action within the meaning of the Constitution.

In the Matter of JAMES G. DOYLE et al., Appellants, v SCHUYLER-VILLE CENTRAL SCHOOL DISTRICT et al., Respondents.

Submitted August 13, 2007; decided October 16, 2007

Reported below, 35 AD3d 1058.

Motion for reargument of motion for leave to appeal denied with $100 costs and necessary reproduction disbursements [see 9 NY3d 804 (2007)].

FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC., Formerly Known as NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC., Respondent, v JOHN J. FIERO et al., Appellants.

Submitted August 20, 2007; decided October 16, 2007

Reported below, 33 AD3d 547.

Motion to expand the record on appeal herein denied.

In the Matter of BERNARD FULLER, Appellant, v CHARLES SOLO-MON, as Justice of the Supreme Court of the State of New York, Respondent.

Submitted July 30, 2007; decided October 16, 2007

Reported below, 41 AD3d 256, 35 AD3d 241.

Motion for leave to appeal dismissed upon the ground that the issues presented have become moot. Motion for poor person relief dismissed as academic.